O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5249 AHM (AJWx) | Date | August 5, 2009 |
|---|---|---|---|
| Title | TIMOTHY M. CAMPBELL v. THE MORTGAGE STORE FINANCIAL, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On July 17, 2009, Plaintiff, appearing *pro se*, filed this action based on diversity jurisdiction under 28 U.S.C. § 1332. Complaint ¶ 1. However, it is apparent from the face of the Complaint that this Court does not have diversity jurisdiction.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). A federal court has original jurisdiction over a civil matter "where the matter in controversy exceeds the sum or value of $75,000, . . . and is between . . . citizens of different State." 28 U.S.C. § 1332(a). A "corporation [is] deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business . . . ." *Id.* at 1332(c)(1).

Plaintiff alleges that he "is a citizen of the State of California . . . ." Compl. ¶ 11. He also alleges that Defendant(s) The Mortgage Financial Inc. (hereinafter TMF) is a California Corporation," and "[t]he California Secretary of State lists jurisdiction of [sic] TMF as A [sic] California Corporation . . . ." Compl. ¶¶ 5, 6. It is thus apparent that the parties are not completely diverse. The Court therefore DISMISSES this action for lack of jurisdiction and ORDERS the Clerk to close the case. Plaintiff may pursue his claims in state court.

                                   :
            Initials of Preparer     SMO

**JS-6**